October 14, 2015

Vivian Long, Court Clerk
Seventh Court of Appeals

FILED
OCT 20 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE: request "State's Response" to Petition
for Writ of Mandamus
COA Case No. 07-15-00293-CR

In reference to my 9/29/2015 letter regarding: "no State's Response received", as of this date, I still have not received their response.

Again, I respectfully request this Court provide me a copy pursuant to Tex. R. App. P. 9.5(b);
"At or before the time of a document's filing, the filing party must serve a copy on all parties to the proceeding."
and Tex. R. App. P. 12.6;
"In any proceeding, the clerk of an appellate court must promptly send a notice of judgment, mandate, or other court order to all parties to the proceeding."
Thank you for your assistance in this effort.

Respectfully,
Donald Adkins #1820499
Connally Unit, 899 FM 632
Kenedy, Tx. 78119

cc: file

October 15, 2015

Vivian Long, Court Clerk
Seventh Court of Appeals

FILED
OCT 20 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Ms Long,

Please disregard my October 14th letter. Today, I finally received your October 6th mailing of the "State's Response".

Thank you for providing this copy, as I never received the copy sent from the Office of the District Attorney - Travis County; on August 17, 2015.

As always, your professionalism and attention to these matters are greatly appreciated.

Respectfully,
Donald Perkins #1820499
Connally Unit
899 FM 632
Kennedy, Tx 78119

P.S. Has this Court ruled on the Mandamus?

Ronald Adkins #1820499
Connally Unit
899 FM 632
Kenedy, Tx 78119

LEGAL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 OCT 2015 PM 4 L

Seventh Court of Appeals
P.O. Box 9540
Amarillo, Tx 79105-9540

Attn: Vivian Long, Court Clerk

Donald Jetkins #1820499
Connally Unit
899 FM 632
Kenedy, Tx 78119

Seventh Court of Appeals
P.O. Box 9540
Amarillo, Tx 79105-9540

Attn: Vivian Long, Court Clerk

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
16 OCT 2015 PM 3 L

FOREVER    USA